FILED

JUN - 6 2008

CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION AT SANTA ANA
BY_____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

ANTHONY LEON GREENHILL,       )      Case No. CV 08-2501-JFW (MLG)
                              )
            Petitioner,       )
                              )      ORDER ACCEPTING REPORT
      v.                      )      AND RECOMMENDATION
                              )
J.L. NORWOOD, Warden,         )
                              )
            Respondent.       )
_____)

     Pursuant to 28 U.S.C. § 636(b)(1)(C), the Court has reviewed the petition and all of the records and files and has conducted a de novo review of that portion of the Report and Recommendation of the United States Magistrate Judge to which objections were filed. The Court accepts and adopts the findings and recommendations in the Report and Recommendation and orders that judgment be entered dismissing the petition with prejudice.

Dated: _____6/6/06_____

                                   _____
                                   John F. Walter
                                   United States District Judge