ENTER, JS-6

**FILED**
JUN - 6 2008
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION AT SANTA ANA
BY ____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### EASTERN DIVISION

| | |
|---|---|
| ANTHONY LEON GREENHILL, ) | Case No. CV 08-2501-JFW (MLG) |
| Petitioner, ) | JUDGMENT |
| v. ) | |
| J.L. NORWOOD, Warden, ) | |
| Respondent. ) | |

IT IS ADJUDGED that the petition is dismissed with prejudice.

Dated: 6/6/06

_____
John F. Walter
United States District Judge

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
JUN - 9 2008
CENTRAL DISTRICT OF CALIFORNIA
BY ____ DEPUTY